UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAMELA A. REYNOLDS                                                                                  PLAINTIFF

V.                              NO. 4:21-cv-00369-BRW-JTR

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                           DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 7th day of June, 2022.


                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE