# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAMELA A. REYNOLDS**                                                                           **PLAINTIFF**

V.                              NO. 4:21-cv-00369-BRW-JTR

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 7th day of June, 2022.


                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE